**Order entered March 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00070-CV

**ENCORE INTERNATIONAL INVESTMENT FUNDS, LLC, Appellant**

**V.**

**2608 INWOOD, LTD., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13285**

## ORDER

Before the Court is appellant's February 28, 2019 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **April 1, 2019**.

/s/     ERIN A. NOWELL
        JUSTICE